| | | | |
|---|---|---|---|
| State v. Gomez | 110,302 | Denied ............ 10/07/2015 | Unpublished |
| State v. Gooch | 110,418 | Denied ............ 06/29/2015 | Unpublished |
| State v. Goodpasture | 110,445 | Denied ............ 07/21/2015 | Unpublished |
| State v. Goodwin | 110,651 | Denied ............ 07/21/2015 | Unpublished |
| State v. Gordon | 110,470 | Denied ............ 07/22/2015 | 50 Kan. App. 2d 1177 |
| State v. Grotton | 110,150 | Denied ............ 07/24/2015 | 50 Kan. App. 2d 1028 |
| State v. Gunn | 111,441 | Denied ............ 08/20/2015 | Unpublished |
| State v. Guy | 111,435 | Denied ............ 09/23/2015 | Unpublished |
| State v. Gwyn | 110,238 | Denied ............ 07/27/2015 | Unpublished |
| State v. Hafner | 110,101 | Denied ............ 07/27/2015 | Unpublished |
| State v. Hall | 102,117 | Denied ............ 07/21/2015 | Unpublished |
| State v. Hall | 109,602 | Denied ............ 07/21/2015 | Unpublished |
| State v. Harbacek | 110,664 | Denied ............ 07/27/2015 | Unpublished |
| State v. Harding | 110,677 | Denied ............ 07/27/2015 | Unpublished |
| State v. Harris | 110,229 | Denied ............ 07/22/2015 | Unpublished |
| State v. Harris | 110,230 | Denied ............ 07/22/2015 | Unpublished |
| State v. Haskell | 111,344 | Denied ............ 07/22/2015 | 50 Kan. App. 2d 1146 |
| State v. Hayes | 109,763 | Denied ............ 07/21/2015 | Unpublished |
| State v. Heeke | 112,742 | Denied ............ 09/14/2015 | Unpublished |
| State v. Heffington | 111,448 | Denied ............ 09/14/2015 | Unpublished |
| State v. Heim | 111,665 | Denied ............ 09/14/2015 | Unpublished |
| State v. Herrera | 111,347 | Denied ............ 08/20/2015 | Unpublished |
| State v. Herrman | 109,570 | Granted in part; vacated in part; remanded to Ct. of App. .... 07/21/2015 | Unpublished |
| State v. Herting | 110,746 | Granted; remanded to Ct. of App. .... 10/22/2015 | Unpublished |
| State v. Hill | 110,849 | Denied ............ 08/20/2015 | Unpublished |
| State v. Hillmer | 110,210 | Denied ............ 07/27/2015 | Unpublished |
| State v. Hindman | 110,258 | Denied ............ 07/27/2015 | Unpublished |
| State v. Hindman | 110,261 | Denied ............ 07/24/2015 | Unpublished |
| State v. Hondl | 110,184 | Denied ............ 08/20/2015 | Unpublished |
| State v. Howell | 111,746 | Denied ............ 09/14/2015 | Unpublished |
| State v. Huckey | 112,273 | Denied ............ 08/12/2015 | 51 Kan. App. 2d 451 |
| State v. Hudeib | 110,548 | Denied ............ 07/21/2015 | Unpublished |
| State v. Hudson | 109,892 | Denied ............ 07/21/2015 | Unpublished |
| State v. Hudson | 110,433 | Denied ............ 08/20/2015 | Unpublished |
| State v. Huff | 110,750 | Denied ............ 08/04/2015 | 50 Kan. App. 2d 1094 |
| State v. Hulsey | 109,095 | Denied ............ 10/07/2015 | Unpublished |